**EXHIBIT A**



# EXHIBIT B



# EXHIBIT C



Foreword copyright © 2005 by Alice Sebold

Introduction copyright © 2005 by Jane Goodall

Photographs and afterword copyright © 2005 by Nick Brandt

All rights reserved. No part of this book may be reproduced in any form without written permission from the publisher.

Library of Congress Cataloging-in-Publication Data available.

ISBN 978-0-8118-4865-7

Manufactured in China.

10 9 8 7 6 5

Chronicle Books LLC
680 Second Street
San Francisco, California 94107

www.chroniclebooks.com

Case 1:10-cv-04785-CM-AJP    Document 1-2    Filed 06/18/10    Page 7 of 36

# EXHIBIT D



Case 1:10-cv-04785-CM-AJP    Document 1-2    Filed 06/18/10    Page 10 of 36

Art Director: Michelle Ishay

Production Manager: Anet Sirna-Bruder

Design: Nick Brandt and Michelle Ishay


Library of Congress Control Number: 2009014403


Images copyright © 2009 Nick Brandt

Essays copyright © 2009 Peter Singer and Vicki Goldberg

Published in 2009 by Abrams, an imprint of ABRAMS. All rights reserved. No portion
of this book may be reproduced, stored in a retrieval system, or transmitted in any
form or by any means, mechanical, electronic, photocopying, recording, or otherwise,
without written permission from the publisher.

Printed and bound in China.

10 9 8 7 6 5 4 3 2 1


Abrams books are available at special discounts when purchased in quantity
for premiums and promotions as well as fundraising or educational use.
Special editions can also be created to specification. For details, contact
specialmarkets@abramsbooks.com or the address below.




ABRAMS

# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-352-497**

EFFECTIVE DATE OF REGISTRATION

10-14-05

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼

On This Earth: Photographs from East Africa

NATURE OF THIS WORK ▼ See Instructions

photographs + text

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼

**a** Nick Brandt

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in ___ USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☑ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3** **a** Year in Which Creation of This Work Was Completed
2005
Year    This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month April Day 1 Year 2005
ONLY if this work has been published. Nation USA

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Nick Brandt
19534 Bowers Dr.
Topanga Canyon CA 90290

OCT 14 2005 RECEIVED
ONE DEPOSIT RECEIVED
OCT 14 2005 RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages



EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation, Captions, New Photos, Afterword

b

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

Chronicle Books                         DA 016071

a

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Bridget Watson, Chronicle Books, 85 Second St, 6th fl,
San Francisco CA 94105

b

Area code and daytime telephone number  (415) 537-4360      Fax number  (415) 537-4440
Email  bridget_watson@chroniclebooks.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ Nicole Brandt
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Bridget Watson                                      Date  10  3  05

Handwritten signature (X) ▼
X _____

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Matt Robinson, Chronicle Books
Number/Street/Apt ▼
85 Second St. 6th floor
City/State/ZIP ▼
San Francisco CA 94105

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000    Web Rev: June 2008    @ Printed on recycled paper

U.S. Government Printing Office: 2003-009-500/60,021

**EXHIBIT F**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-140-776

**Effective date of
registration:**

March 11, 2010

### Title

**Title of Work:** A Shadow Falls

### Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** September 1, 2009       **Nation of 1st Publication:** United States

**International Standard Number:** ISBN        9780810954151

### Author

**Author:** Nick Brandt

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

### Copyright claimant

**Copyright Claimant:** Nick Brandt

c/o Harry N. Abrams, 115 West 18th Street, New York, NY, 10011, United States

### Certification

**Name:** Muriel Quancard

**Date:** February 26, 2010

**Correspondence:** Yes

# EXHIBIT G



# EXHIBIT H

```
ZARA USA 750 LEXINGTON AVE NY
0303-252993-02 355752 04/27/2010 14:43
S D TAX C UN  PRICE      AMOUNT      T
- - --- - -- ============ ============== -
S W 0000C  1     $39.90        $39.90 P
10103201 02661073052020 SHIRT,.BLOUSE
S W 0000C  1     $39.90        $39.90 P
10206201 02661071837010 SHIRT,.BLOUSE

SUBTOTAL                     $79.80
SAL.TAX   00.00%  $79.80         $0
TOTAL       2                $79.80
    AMOUNT TENDERED
    VISA                     $79.80

VISIT OUR STORE ON THE UPPER
WEST SIDE @ 1963 BROADWAY
```

```
        ZARA USA INC
        750 LEXINGTON AVE
        NEW YORK- NY 10022000

TERMINAL ID:              08180243
MERCHANT #1             33408534888

VISA
Hxxxxxxxxxxxxx3292
SALE
BATCH: 080267    INVOICE: 067389836
DATE: APR 27, 10        TIME: 14:44
SEQ: 015             AUTH NO: 144359


TOTAL           $79.80

    CUSTOMER COPY
```





EXHIBIT I

Case 1:10-cv-04785-CM-AJP   Document 1-2   Filed 06/18/10   Page 23 of 36





**EXHIBIT J**

## EDWARD C. GREENBERG, P.C.

COUNSELORS AT LAW

570 LEXINGTON AVENUE, 17TH FLOOR

NEW YORK, NY 10022

TELEPHONE: (212) 697-8777
FACSIMILE: (212) 697-2528
ecglaw@gmail.com

Of Counsel:
Debra S. Rever

Richard A. Walker

April 29, 2010

BY HAND

Ms. Viviana Chaves
President
Zara USA, Inc.
500 5th Ave., Suite 400
New York, NY 10110

                    Re: Nick Brandt w/ Zara USA, Inc. et al.
                    Our File: C399P/10

Dear Ms. Chaves:

        We serve as copyright litigation counsel to Mr. Nick Brandt, a photographer with a considerable international reputation. This office routinely litigates matters of this nature. We write regarding your unauthorized use of our clients' images in the current collection of "Zara Basic" clothing. Photocopies of the offending articles of clothing are enclosed for your convenience.

        You have employed our client's registered images without his permission, license or consent. The image entitled "Lioness Looking Over Plains" was first employed on page 15 in the book entitled, On This Earth Photographs from East Africa by Nick Brandt, published by Chronicle Books LLC in 2005. The second appropriated image is entitled "Elephants Walking Through Grass". Said photo appears on pages 36 and 37 in the book entitled, A Shadow Falls by Nick Brandt, published by Abrams Books in 2009. We have enclosed a copy of the relevant registration information and the images referenced herein for your convenience.

        Neither of the subject images has ever been nor ever will be, licensed for commercial use. Mr. Brandt is a fine art photographer. Prints of "Elephants Walking through Grass" sell for $35,000 each. Prints of "Lioness Looking Over Plains" sell for approximately $11,000 each. At this writing, gross sales of each print have been in excess of $340,000 and $140,000, respectively, excluding book sales. Other of Mr. Brandt's fine

EDWARD C. GREENBERG, PC

art prints sell at prices well in excess of those amounts. We enclose a copy of the book's images which employ in substantially the same form, the fine art image.

No one from your company nor as agent for your company has ever sought a license from the creator/registrant to employ either of the subject images for advertising, product use, commercial exploitation, or any other purpose whatsoever. Had such request(s) been made, Mr. Brandt would have declined the issuance of such license. To do otherwise would (among other reasons) *at least* compromise the exclusivity, and thus undercut the fine art market value of his work, for the collectors of his limited edition prints. He has no desire to have his famed images employed and incorporated into garments of any kind or nature. As the copyright holder, such is his right by law.

Please feel free to contact the Fahey Klein Gallery in Los Angeles which serves as but one of our client's sales agents to confirm the accuracy of our representations as to prices charged and paid for Mr. Brandt's work. Additionally and assuming you were unaware of our client's professional reputation, we respectfully suggest that you consult an independent expert familiar with the fine art photography market to check on our client's bona fides. A Google search is similarly enlightening.

Notwithstanding the above, Zara USA, Inc. and Zara [international] are *currently* employing our client's images in the production, promotion, and sale of their garments. Infringing and offending use of the registered images is being made in the State of New York, Madrid, worldwide on your website, and apparently elsewhere in other "brick and mortar" stores. Purchases of the offending items have been made. The garment and the image(s) are inextricably intertwined. Neither garment in effect, exists as an entity separate and apart from that of our client's images. Mr. Brandt's photo(s) represent the entirety of the front of each garment and the only pattern or design incorporated therein. Zara's appropriation of our client's images is bold, brazen, and total.

As you must be aware the use of a creator's photographic image *without written consent* or license is **violative of the United States Code, Title 17, The Copyright Act.** Said federal statute affords the creator a plethora of remedies including one or more of the following: monetary relief in the form of compensatory and or statutory damages, an award of attorney's fees and/or an injunction directing the immediate removal of the offending materials from the market place on a temporary and/or permanent basis.

If you are in possession of any contract, license, agreement or writing of any kind or nature upon which you intend to rely for the proposition that such usage is *authorized*, formal request is made herein to provide same. Such request is made pursuant to Federal Rule 11 in a good faith effort to obviate litigation. Failing the production of such license we will be constrained to assume that you are not in possession of any license and thus Zara's usage is violative of law. In such event we intend to institute suit against your company (and any other appropriate defendants) in the United States District Court for the Southern District of New York forthwith.

EDWARD C. GREENBERG, PC

In the event you are not in possession of any executed exculpatory documents, and pursuant to our obligations under Rule 11, Rule 130 (and any other substantially equivalent rules or statutes), formal request is made herein for the following information and documents reflecting or demonstrating the requested information.:

1.    The full nature and extent of the use of our client's images inclusive of the commencement of the term of such use(s), geographic dispersion, the number of outlets, retailers and vendors where the subject images were displayed and/or offered for sale and the term(s) of such use;

2.    Representative copies in any and all tangible form and media in which our client's images were incorporated or employed;

3.    The term and nature of each and every product offered for sale bearing the subject images and/or any reasonable facsimile thereof;

4.    The nature and extent of any prospective license(s) you may be seeking which will provide adequate time to remove the offending images from the market place obviating plaintiff's need to seek judicial intervention for the purposes of obtaining an injunction prohibiting all sales and use of items incorporating his images;

5.    The source of the imagery and the identities of the persons or companies preparing, manufacturing and/or supplying same. Such information should include back up documentation for the goods purportedly manufactured in both Spain and Morocco;

6.    Copies of any documents in any format upon which you intend to rely for the proposition that Mr. Brandt had knowledge of and/or agreed to have his images associated with and/or incorporated into the fabric of Zara products inclusive of any e mails or documents of any kind by and between Zara (and/or those acting on its behalf) and Nick Brandt (and/or those acting on his behalf);

7.    Copies of written agreements with all advertising agencies, clothing design, and/or clothing production companies, whether independent or "in house" referencing the creation, reproduction, product shipment logs or manifests and/or media buys regarding the offending use(s) of our client's images;

8.    The identity of and copies of all licensing agreements with any photographer, illustrator, graphic or fashion designer who purportedly created the photographic image(s) employed on the subject garments;

EDWARD C. GREENBERG, PC

9.    Copies of any copyright registrations filed with any government or agency in the United States and/or elsewhere referencing, relating or including the garments and/or the imagery complained of herein;

10.    Records reflecting sales at any/all merchandising levels of products incorporating the subject images in, on, affixed or attached to such products or in promotional and advertising on behalf of such products;

11.    Documents reflecting the gross sales figures and profits realized from sales of the subject infringing goods;

12.    An accounting of the number and nature of offending goods (inclusive of current location) which have yet to enter the stream of commerce.

Upon receipt of such information we can fairly consider and determine an appropriate dollar amount for resolution of the pending issues and the granting of a limited license for the sole purpose of removal from the market place. It is not our client's preference to commence litigation and he would prefer to resolve the matter promptly and amicably. In order to do so, receipt of the above requested information within seven (7) business days of date is essential. The sales of garments for $39.90 and €30 incorporating our client's images seriously undermines the market value for Mr. Brandt's works, which fetch several thousands of dollars per sale in the fine art market.

The following is to formally notify you and your customers and client(s) not to destroy, conceal or alter any goods, information, and/or images stored in electronic form or generated by your client's computer systems or electronic devices including but not limited to its web sites or otherwise. This information appears relevant to the above matters and may be unavailable from any other source. As you may know such electronic information can easily be inadvertently destroyed and the failure to take reasonable measures to preserve it pending the completion of discovery can result in sanctions being imposed against you or your client. See, e.g., Cedars Sinai Med. Ctr. v Superior Ct. (1998) 18 Cal 4th 1, 74 Cal Rptr 2d 248; Zubulake v. UBS Warburg LLC (SDNY 2003) 220 FRD 212, 216.

In order to comply with the discovery requests that we will make in this matter you may need to provide electronic evidence in its native format. You may also need to provide electronic documents, along with the metadata or information about data that is contained in those electronic documents. Even when a paper copy of a document or file exists, we will also seek the documents or files in their electronic format so that we also receive the information in the metadata. Our discovery requests will include certain data on your hard drives, floppy discs, and backup files, and will include data not usually available to the ordinary computer user, such as deleted files and file fragments.

Thus the electronic data and the storage devices in which they are kept that you are obligated to maintain and preserve during the pendency of the discovery planned in this case include all of the following data and devices:

EDWARD C. GREENBERG, PC

1. Electronic files including deleted files and file fragments, stored in machine-readable format on magnetic optical or other storage media, including hard drives or floppy disks in your client's desktop computers, laptop computers, home personal computers, zip drives, external hard drives, usb keys, and the backup media used for each;

2. E-mail, both sent and received, internally or externally;

3. Telephone files and logs such as voicemail and universal mobile telecommunications systems (UMTS) data;

4. Word processing files, including drafts and revisions;

5. Spreadsheets, including drafts and revisions;

6. Databases;

7. Electronic files in portable storage devises such as floppy discs, compact discs, digital video dises, ZIP drives, thumb drives or pen drives;

8. Graphs charts and other data produced by project management software;

9. Data generated by calendaring, task management and personal information management software, such as Microsoft Outlook;

10. Data created with the use of or stored on personal data assistants such as PalmPilot inclusive of substantially equivalent devices;

11. Data created, derived and/or edited with the use of editing software such as Photoshop, Adobe, and any accompanying software;

12. Data created with the use of paper and electronic mail logging and routing software;

13. Internet and web-browser generated history files, caches, and "cookies" generated by your client or at the workstation of each employee in your client's employ and on any and all backup storage media;

14. Logs of network use by you and your distributors and/or customer's employees, whether kept in paper or electronic format;

15. Copies of your backup tapes and the software necessary to reconstruct the data on those tapes on each and every personal computer or workstation and network server in your client's control and custody;

EDWARD C. GREENBERG, PC

16.    Electronic information in copiers, fax machines and printers;

17.    Web-site files and records of any kind and all histories of those files;

18.    All records of sales generated and processed through Malibu software for goods employing the offending image.

19.    Records, copies, reproductions and evidence set forth above existing or printed on physical paper or paper product(s).

As previously stated, and as your legal counsel will be aware, the failure to maintain such information, and any other electronic information which may be called upon in discovery, can lead to severe penalties in the discretion of the Court. We *strongly urge you to retain independent legal counsel and provide him/her with a copy of this letter and its enclosures.*

Should you choose not to retain counsel, please contact us within three (3) days of date to discuss this matter. We require delivery of the above sought documentation with seven (7) days of date. Absent an exculpatory document or license, any and all sales of the offending products are made at your peril. Should we fail to hear from either you or your counsel we will file suit in the United States District Court against your company and any other appropriate defendants without further notice.

Very truly yours,

EDWARD C. GREENBERG

cc: Nick Brandi
Via e mail

Encl.

# EXHIBIT K



Edward Greenberg <ecglaw@gmail.com>

# Brandt w/ Zara

**Edward Greenberg <ecglaw@gmail.com>**                    Thu, May 6, 2010 at 5:19 PM
To: glenn.gundersen@dechert.com
Cc: Nick Brandt <nick@nickbrandt.com>

We are in receipt of your fax of even date and same is being conveyed to our client.

Your letter does not adequately respond to the specific demands set forth in our initial letter delivered pursuant to Federal Rule 11. Your apparent removal of the offending goods from the market place does not suffice to put this matter to bed.

The images are registered, exceptionally well known and have yielded hundreds of thousands of dollars in sales. You do not supply your client's sales information, the nature of the appropriation nor any other of the information requested in our letter of April 29, 2010. Having been caught infringing upon our client's works, the mere removal of same from the marketplace does not begin to to compensate our client for this **double** statutory infringement. The blatant and brazen appropriation of his high priced, fine art photography onto your client's low end garments is nothing short of outrageous.

His works are for sale at galleries in New York, California and elsewhere - book sales are virtually incidental to the income these images generate. Mr. Brandt is currently in Africa. This e mail will reach him within 48 hours. Feel free phone me to discuss this matter. Again, we assure that the mere removal of offending goods from an as yet unspecified marketplace will not prevent an action from being filed in the USDC, Southern District.

Very truly yours.

Edward C. Greenberg

--
Edward C. Greenberg, P.C.
570 Lexington Avenue
17th Floor
New York, NY 10022
(212) 697-8777
ecglaw@gmail.com

Please address all future e-mail correspondence to us using the above e-mail address.

📄 5-6-10ZaraResponseToDemandLetter.pdf
1865K

# EXHIBIT L

# EDWARD C. GREENBERG, P.C.

COUNSELORS AT LAW

570 LEXINGTON AVENUE, 17TH FLOOR

NEW YORK, NY 10022

TELEPHONE: (212) 697-8777
FACSIMILE: (212) 697-2528
ecglaw@gmail.com

Of Counsel:
Debra S. Reiser

May 24, 2010

**VIA FED EX**
Mr. Antonio Abril Abadin
General Counsel
Industria De Diseno Textil, S.A.
Edificio Inditex
Avenida de la diputacion s/n
15142 Arteixo
A Caruna
Espana

> Re: Nick Brandt w/ Zara USA, Inc. and Industria De Diseno Textil, S.A.
> A/K/A Inditex and Zara International, Inc.
> Our File: C399P/10

Dear Mr. Antonio Abril Abadin:

Enclosed please find as a courtesy a draft of the complaint that we are about to file in the United States District Court, Southern District of New York. Also enclosed as Exhibit "I" to the complaint is the notice letter dated April 29, 2010 to Viviana Chaves of Zara USA, Inc.

We were contacted by counsel for Zara, Glenn Gundersen of Dechert LLP, Circa Centre, 2929 Arch Street, Philadelphia, PA 19104-2808 (glenn.gundersen@dechert.com), who advised among other things that the offending dresses were pulled from all stores in the United States.

We assumed that that Mr. Gundersen had forwarded the information to you as Zara USA, Inc. has represented itself as a subsidiary of Inditex. We have had lengthy email correspondence with Mr. Gundersen which do not represent that he has in fact contacted you. We trust that Mr. Gundersen will provide you with a copy of said correspondence.

EDWARD C. GREENBERG, PC

We plan to file the enclosed complaint within the next few days. Should you care to discuss the matter, please contact us within three (3) business days of receipt.

Very Truly Yours,

EDWARD C. GREENBERG

Cc: Nick Brandt

Encl.   Draft of Complaint
        Exhibits