# UNITED STATES DISTRICT COURT
## FOR THE SOUTHER DISTRICT OF NEW YORK

NICK BRANDT                                      :

                Plaintiff,                :

             v.                          :        Civil Action No. 10 CIV. 4785

ZARA USA, INC., and INDUSTRIA DE      :
DISEÑO TEXTIL S.A. A/K/A INDITEX      :
and ZARA INTERNATIONAL, INC.           :

            Defendants.                 :

---

## ANSWER OF DEFENDANT ZARA USA, INC.

Defendant, ZARA USA, INC. (formerly known as ZARA INTERNATIONAL, INC.), by its attorneys, Dechert LLP, hereby answers the numbered paragraphs of the Complaint as follows:

## PARTIES

1.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first numbered paragraph and they are therefore denied.

2.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the second numbered paragraph and they are therefore denied.

3.      Defendant admits that it is a New York corporation, that it maintains its principal place of business at 645 Madison Avenue, New York City, NY 10022, and that it is licensed to business in the state of New York.  Defendant admits that it is a

subsidiary of Industria De Diseño Textil S.A., and admits that its parent company is also known as "Inditex."

4.    Defendant admits that it owns and operates 48 retail stores in 14 states and territories in the United States, including the state of New York, but denies the remaining allegations in the fourth numbered paragraph.

5.    Defendant admits that Industria De Diseño Textil S.A. is a Spanish corporation, that Industria De Diseño Textil S.A. is also known as "Inditex," and that Industria De Diseño Textil S.A. maintains its principal place of business at Edificio Inditex, Avda de la Diputacion, Arteixo á Coruña, 15142, Spain. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in the fifth numbered paragraph and they are therefore denied.

6.    Defendant is without knowledge or information sufficient to form a belief as to the meaning of the allegations in the sixth numbered paragraph, and they are therefore denied.  In the alternative, Defendant states that the allegations in the sixth numbered paragraph constitute conclusions of law to which no response is required, and they are denied.

7.    Defendant admits that it was formally known as Zara International Inc., that it has changed its name to Zara USA Inc., that it is a New York corporation, and that it maintains its principal place of business at 645 Madison Avenue, New York City, NY 10022.  Defendant denies the remaining allegations in the seventh numbered paragraph.

8.    Defendant admits that it was formally known as Zara International Inc., that it has changed its name to Zara USA Inc., that it is a New York corporation, and that it maintains its principal place of business at 645 Madison Avenue, New York City, NY

2

10022. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the eighth numbered paragraph concerning Industria De Diseño Textil S.A. and they are therefore denied. Defendant is without knowledge or information sufficient to form a belief as to the meaning of the remaining allegations in the eighth numbered paragraph, and they are therefore denied. In the alternative, Defendant states that the allegations in the eighth numbered paragraph constitute conclusions of law to which no response is required, and they are denied.

9.      Defendant admits that it owns and operates stores in the United States, and admits that it promotes, distributes, and sells clothing at the retail level in the United States. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the ninth numbered paragraph concerning Industria De Diseño Textil S.A. and they are therefore denied. Defendant denies the remaining allegations in the ninth numbered paragraph.

## JURISDICTION AND VENUE

10.     The allegations in the tenth numbered paragraph constitute conclusions of law to which no response is required, and they are therefore denied.

11.     The allegations in the eleventh numbered paragraph constitute conclusions of law to which no response is required, and they are therefore denied.

12.     The allegations in the twelfth numbered paragraph constitute conclusions of law to which no response is required, and they are therefore denied.

3

## FACTS COMMON TO ALL CLAIMS

13.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the thirteenth numbered paragraph, and they are therefore denied.

14.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the fourteenth numbered paragraph, and they are therefore denied.

15.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the fifteenth numbered paragraph, and they are therefore denied.

16.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the sixteenth numbered paragraph, and they are therefore denied.

17.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the seventeenth numbered paragraph, and they are therefore denied.

18.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the eighteenth numbered paragraph, and they are therefore denied.  In the alternative, Defendant states that the allegations in the eighteenth numbered paragraph constitute conclusions of law to which no response is required, and they are therefore denied.

19.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the nineteenth numbered paragraph, and they are therefore denied.

20.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the twentieth numbered paragraph, and they are therefore denied.

21.     Defendant admits that the document attached to the complaint as Exhibit E appears to be a photocopy of U.S. copyright registration number VA 1-352,497 for a work titled On This Earth:  Photographs from East Africa, that the date of issuance for this registration appears to be October 14, 2005, that the document attached to the complaint as Exhibit F appears to be a photocopy of U.S. copyright registration number TX 7-140-776 for a work titled A Shadow Falls, and that the date of issuance for this registration appears to be March 11, 2010, but Plaintiff demands strict proof thereof. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in the twenty-first numbered paragraph, and they are therefore denied.

22.     Defendant is without knowledge or information sufficient to form a belief as to the truth or meaning of the allegations in the twenty-second numbered paragraph, and they are therefore denied.

23.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the twenty-third numbered paragraph, and they are therefore denied.

24.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the twenty-fourth numbered paragraph concerning Industria De Diseño Textil S.A., and they are therefore denied.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence in the twenty-fourth numbered paragraph, and they are therefore denied.  Defendant denies the remaining allegations in the twenty-fourth numbered paragraph.

25.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the twenty-fifth numbered paragraph concerning Industria De Diseño Textil S.A., and they are therefore denied.  Defendant denies that it has manufactured, distributed, or sold any goods or garments outside the United States.  Defendant admits that the receipts and tags attached as Exhibit H to the complaint appear to be for products that Defendant sold at its retail store at 750 Lexington Avenue, New York City, NY, 10022, on April 27, 2010, but Plaintiff demands strict proof thereof.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in the twenty-fifth numbered paragraph, and they are therefore denied.

26.    Defendant admits that the pages attached as Exhibit I to the complaint appear to be print-outs from the website http://www.zara.com, and admits that this website is accessible in the state of New York.  Defendant is without knowledge or information sufficient to form a belief as to the meaning of the remaining allegations in the twenty-sixth numbered paragraph and they are therefore denied.

27.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the twenty-seventh numbered paragraph concerning Industria De Diseño Textil S.A. or the Plaintiff, and they are therefore denied.  Defendant denies the remaining allegations in the twenty-seventh numbered paragraph.

28.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the twenty-eighth numbered paragraph concerning Industria De Diseño Textil S.A., and they are therefore denied.  Defendant denies the remaining allegations in the twenty-eighth numbered paragraph.

29.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the twenty-ninth numbered paragraph concerning Industria De Diseño Textil S.A., and they are therefore denied.  Defendant denies the remaining allegations in the first sentence of the twenty-ninth numbered paragraph. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of the twenty-ninth numbered paragraph, and they are therefore denied.  Defendant is without knowledge or information sufficient to form a belief as to the truth or meaning of the allegations in the third sentence of the twenty-ninth numbered paragraph, and they are therefore denied.

30.     Denied.

31.     Defendant is without knowledge or information sufficient to form a belief as to meaning of the phrase "the image and garment are one and virtually the same in the thirty-first numbered paragraph, and they are therefore denied." Defendant denies the remaining allegations in the thirty-first numbered paragraph.

32.     Denied.

33.    Denied.

34.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the thirty-fourth numbered paragraph concerning Industria De Diseño Textil S.A. or the Plaintiff, and they are therefore denied. Defendant is without knowledge or information sufficient to form a belief as to the truth or meaning of the remaining allegations in the thirty-fourth numbered paragraph, and they are therefore denied.

35.    Denied.

36.    The allegations in the thirty-sixth numbered paragraph constitute conclusions of law to which no response is required, and they are therefore denied.

37.    Defendant admits that the document attached as Exhibit J to the complaint is a copy of a letter dated April 29, 2010 from Plaintiff's counsel, Edward C. Greenberg, which was delivered to Defendant Zara USA, Inc. Defendant states that the document speaks for itself, and denies the specific characterization of the content of the document in the thirty-seventh numbered paragraph.

38.    Defendant admits that counsel for Defendant Zara USA Inc., Glenn A. Gundersen of Dechert LLP sent a letter dated May 6, 2010 to counsel for Plaintiff that stated, *inter alia*, that Zara USA "has removed these dresses from its retail stores, and has no intention of stocking or selling any additional inventory of these items in the future," but denies that the text quoted in the thirty-eighth numbered paragraph is a complete excerpt from Mr. Gundersen's letter.

39.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the thirty-ninth numbered paragraph concerning

Industria De Diseño Textil S.A., and they are therefore denied. Defendant denies the remaining allegations in the thirty-ninth numbered paragraph.

40. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the fortieth numbered paragraph concerning Industria De Diseño Textil S.A., and they are therefore denied. Defendant is without knowledge or information sufficient to form a belief as to the truth or meaning of the remaining allegations in the fortieth numbered paragraph, and they are therefore denied.

41. Defendant admits that Defendant's counsel, Glenn A. Gundersen, sent a letter to Plaintiff's counsel dated May 6, 2010. Defendant admits that the document attached as Exhibit K to the complaint appears to be an email dated May 6, 2010 that Plaintiff's counsel sent to Defendant's counsel, and admits that the document attached to that email appears to be a copy of the letter that Defendant's counsel sent to Plaintiff's counsel on May 6, 2010. Defendant admits that the email states that Plaintiff's "initial letter [was] delivered pursuant to Federal Rule 11." Defendant denies the remaining allegations in the forty-first numbered paragraph.

42. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the forty-second numbered paragraph concerning Industria De Diseño Textil S.A., and they are therefore denied. Defendant admits that the document attached as Exhibits J to the complaint is a copy of a letter from Plaintiff's counsel addressed to Zara USA, Inc., and the document attached as Exhibit K to the complaint is an email from Plaintiff's counsel addressed to counsel for Defendant Zara USA, Inc. Defendant states that these documents speak for themselves, and denies the specific characterization of the content of these documents in the forty-second numbered

paragraph. Defendant denies the remaining allegations in the forty-second numbered paragraph.

43. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the forty-third numbered paragraph, and they are therefore denied.

44. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the forty-fourth numbered paragraph, and they are therefore denied.

45. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the forty-fifth numbered paragraph, and they are therefore denied.

46. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the forty-sixth numbered paragraph, and they are therefore denied.

47. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the forty-seventh numbered paragraph, and they are therefore denied.

48. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the forty-eighth numbered paragraph concerning Industria De Diseño Textil S.A., and they are therefore denied. Defendant admits that counsel for Defendant, Glenn A. Gundersen of Dechert LLP sent a letter dated May 6, 2010 to counsel for Plaintiff stating, *inter alia*, that Zara USA "has removed these dresses

10

from its retail stores, and has no intention of stocking or selling any additional inventory of these items in the future."

49.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the forty-ninth numbered paragraph concerning events that allegedly occurred outside the United States, and they are therefore denied. Defendant denies the remaining allegations in the forty-ninth numbered paragraph.

50.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the fiftieth numbered paragraph concerning Industria De Diseño Textil S.A., and they are therefore denied.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of the fiftieth numbered paragraph, and they are therefore denied.  Defendant denies the remaining allegations in the first sentence of the fiftieth numbered paragraph. The allegations in the second sentence of the fiftieth numbered paragraph constitute conclusions of law to which no response is required, and they are therefore denied.

51.     Denied.

52.     Defendant's responses to Paragraphs 1 through 51 are incorporated by reference with respect to its responses to each of the counts or claims for relief set forth below.

## COUNT 1 AGAINST ALL DEFENDANTS

53.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the fifty-third numbered paragraph concerning Industria De Diseño Textil S.A., and they are therefore denied.  Defendant denies that it has used the image shown in Exhibit A in connection with the production, manufacture,

promotion, or advertising of its garments. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in the fifty-third numbered paragraph, and they are therefore denied.

54.    Denied.

55.    Denied.

56.    Denied.

57.    Denied.

58.    Denied.

## COUNT 2 AGAINST ALL DEFENDANTS

59.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the fifty-ninth numbered paragraph concerning Industria De Diseño Textil S.A., and they are therefore denied. Defendant denies that it has used the image shown in Exhibit B in connection with the production, manufacture, promotion, or advertising of its garments. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in the fifty-ninth numbered paragraph, and they are therefore denied.

60.    Denied.

61.    Denied.

62.    Denied.

63.    Denied.

64.    Denied.

## COUNT 3 AGAINST ALL DEFENDANTS

65.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the sixty-fifth numbered paragraph concerning Industria De Diseño Textil S.A., and they are therefore denied.  Defendant denies that it has used the image shown in Exhibit A in connection with the production, manufacture, promotion, or advertising of its garments.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in the sixty-fifth numbered paragraph, and they are therefore denied.

66.    Denied.

67.    Denied.

68.    Denied.

69.    Denied.

70.    Denied.

71.    Denied.

## COUNT 4 AGAINST ALL DEFENDANTS

72.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the seventy-second numbered paragraph concerning Industria De Diseño Textil S.A., and they are therefore denied. Defendant denies that it has used the image shown in Exhibit B in connection with the production, manufacture, promotion, or advertising of its garments.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in the seventy-second numbered paragraph, and they are therefore denied.

73.    Denied.

74.    Denied.

75.    Denied.

76.    Denied.

77.    Denied.

78.    Denied.

## COUNT 5 AGAINST ALL DEFENDANTS

79.    Defendant admits that the document attached as a Exhibit J to the Complaint is a copy of a letter that Plaintiff's counsel sent to Zara USA, Inc.  The document speaks for itself, and Defendant denies the specific characterization of the letter that is set forth in the seventy-ninth numbered paragraph.  Defendant admits that Plaintiff has requested an accounting, but denies the remaining allegations in the seventy-ninth numbered paragraph.

## COUNT 6 AGAINST ALL DEFENDANTS

79.    Defendant notes that the Complaint contains two paragraphs numbered seventy-nine. The allegations in the seventy-ninth [sic] paragraph are denied.

## JURY DEMAND

80.    Applicant admits that Plaintiff has requested a trial by jury.

## AFFIRMATIVE DEFENSES

The complaint fails to state a claim upon which relief may be granted.

14

WHEREFORE, Defendant respectfully submits that Plaintiff is not entitled to the relief requested in the Complaint, and respectfully requests that this proceeding be dismissed with prejudice.

Dated: July 16, 2010

Respectfully submitted,

Neil Steiner
DECHERT LLP
1095 Avenue of the Americas
New York, NY  10036-6797
(212) 698-3500

Of counsel:

Glenn A. Gundersen
Diane Siegel Danoff
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104
(212) 994-2183

Attorneys for Defendant
Zara USA, Inc.