UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

NICK BRANDT,                                    :

                Plaintiff,             :

       -against-                              :

ZARA USA, INC., et al.,                         :

             Defendants.          :

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: _10/27/10_

10 Civ. 4785 (CM) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated.  Any pending motions are to be terminated as moot.

      SO ORDERED.

DATED:     New York, New York
           October 27, 2010

 

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by ECF** to:    Edward C. Greenberg, Esq.
                   Jeffrey S. Edwards, Esq.
                   Judge Colleen McMahon

C:\ORD\Dismiss.AJP

Case 1:10-cv-04785-CM-AJP   Document 21   Filed 10/27/10   Page 2 of 2





Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000  Main
+1 215 994 2222  Fax
www.dechert.com

**JEFFREY S. EDWARDS**

jeffrey.edwards@dechert.com
+1 215 994 2104  Direct
+1 215 655 2104  Fax

October 27, 2010

**VIA FACSIMILE**

| | |
|---|---|
| District Judge Colleen McMahon | Mag. Judge Andrew J. Peck |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Daniel Patrick Moynihan | Daniel Patrick Moynihan |
| United States Courthouse | United States Courthouse |
| 500 Pearl Street, Courtroom 14C | 500 Pearl Street, Courtroom 20D |
| New York, NY 10007-1312 | New York, NY 10007-1312 |
| Fax: 212-805-6326 | Fax: 212-805-7933 |

Re:   <u>Brandt v. Zara USA et al</u>, No. 110 CIV 4785

Dear Judges McMahon and Peck:

On behalf of all parties, I am writing to inform the Court that the parties have agreed to settle this case. They expect a stipulation of dismissal will be filed promptly, and by the end of November at the latest.

Respectfully yours,

Jeffrey S. Edwards
JSE/das

cc: Edward C. Greenberg (by electronic mail)

US Austin Boston Charlotte Hartford New York Orange County Philadelphia Princeton San Francisco Silicon Valley Washington DC
EUROPE Brussels London Luxembourg Moscow Munich Paris ASIA Beijing Hong Kong